1   RODNEY B. SORENSEN, Bar No. 196926
    rbs@paynefears.com
2   PAYNE & FEARS LLP
    Attorneys at Law
3   One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
4   Telephone: (415) 398-7860
    Facsimile: (415) 398-7863
5
    Robert R. Brunelli (admission *pro hac vice*)
6   rbrunelli@sheridanross.com
    Benjamin B. Lieb (admission *pro hac vice*)
7   blieb@sheridanross.com
    SHERIDAN ROSS P.C.
8   1560 Broadway, Suite 1200
    Denver, CO  80202-5141
9   Telephone:  (303) 863-9700
    Facsimile:  (303) 863-0223
10
    Attorneys for Plaintiff
11   GENETIC TECHNOLOGIES LIMITED

12

13             **UNITED STATES DISTRICT COURT**

14         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15               **SAN FRANCISCO DIVISION**

16

17   GENETIC TECHNOLOGIES LIMITED,     CASE NO. 3:12-cv-01616-RS
    an Australian corporation,
18                         **JOINT STIPULATION TO STAY**
         Plaintiff,                  **LITIGATION PENDING RESOLUTION OF**
19                         **THE *EX PARTE* REEXAMINATION OF**
        v.                       **THE PATENT IN SUIT** AS MODIFIED BY THE
20   AGILENT TECHNOLOGIES, INC.,         COURT
    a Delaware corporation,
21                         Courtroom:        3
         Defendant.                Judge:           Hon. Richard Seeborg
22

23         WHEREAS, Plaintiff Genetic Technologies Limited ("GTG") filed the above-captioned

24   action against Defendant Agilent Technologies, Inc. ("Agilent"), alleging infringement of U.S.

25   Patent No. 5,612,179 (the "patent in suit"), which expired on March 9, 2010;

26

27

28

    JOINT STIPULATION TO STAY LITIGATION PENDING
    RESOLUTION OF THE EX PARTE REEXAMINATION OF THE
    PATENT IN SUIT                                Case No. 3:12-cv-01616-RS

WHEREAS, on June 28, 2012, the United States Patent & Trademark Office ("PTO") granted a request for *ex parte* reexamination of the patent in suit made by Merial L.L.C., a defendant accused of infringing the patent in suit in another action, which is currently pending in the District of Delaware.

WHEREAS, because the patent in suit has expired, the claims of the patent in suit must either be confirmed or rejected in their current form in the *ex parte* reexamination; they cannot be amended;

WHEREAS, the parties have conferred and agreed that a stay of this action under the circumstances is in the best interest of both parties and promotes judicial economy; and

WHEREAS, plaintiff GTG has agreed that if all claims subject to the *ex parte* reexamination are found to be unpatentable, it will dismiss its complaint against Agilent with prejudice;

IT IS HEREBY STIPULATED and agreed, subject to the approval of the Court, that this action will remain stayed pending completion of all reexamination proceedings at the PTO involving the patent in suit (including all appeals and subsequent proceedings before the PTO or United States Court of Appeals for the Federal Circuit).

IT IS FURTHER STIPULATED and agreed, subject to the approval of the Court, that within ten (10) business days after the final completion of all reexamination proceedings (including all appeals and subsequent proceedings before the PTO or United States Court of Appeals for the Federal Circuit), the parties shall jointly notify the Court in writing of the completion of the reexamination proceeding, and counsel for both parties shall contact chambers to schedule a status teleconference.

IT IS FURTHER ORDERED that the parties must submit a joint status report every 120 days, from the date of this order, advising the Court as to the state of reexamination proceedings.

JOINT STIPULATION TO STAY LITIGATION PENDING
RESOLUTION OF THE EX PARTE REEXAMINATION OF THE
PATENT IN SUIT                                    Case No. 3:12-cv-01616-RS

1    DATED:  August 27, 2012                SHERIDAN ROSS P.C.

2

3                                           By: /s/ Benjamin B. Lieb
                                               Rodney B. Sorensen
4                                                 rbs@paynefears.com
                                               PAYNE & FEARS LLP
5                                              Attorneys at Law
                                               One Embarcadero Center, Suite 2300
6                                              San Francisco, CA 94111
                                               (415) 398-7860
7                                              (415) 398-7863 (facsimile)

8
                                               Robert R. Brunelli (*Pro Hac Vice* Admitted)
9                                                 rbrunelli@sheridanross.com
                                               Benjamin B. Lieb (*Pro Hac Vice* Admitted)
10                                                blieb@sheridanross.com
                                               SHERIDAN ROSS P.C.
11                                             1560 BROADWAY, Suite 1200
                                               Denver, Colorado 80202-5141
12                                             (303) 863-9700
                                               (303) 863-0223 (facsimile)
13                                             litigation@sheridanross.com

14
                                               ATTORNEYS FOR PLAINTIFF
15                                             GENETIC TECHNOLOGIES LIMITED

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               3

1 | DATED:  August 27, 2012

2 | By: /s/ Sasha G. Rao
     Sasha G. Rao (CSB # 244303)
3 |      sasha.rao@ropesgray.com
     ROPES & GRAY LLP
4 | 1900 University Avenue, 6th Floor
     East Palo Alto, California 94303-2284
5 | Tel:  (650) 617-4000
     Fax:  (650) 617-4090
6 |
     Christopher J. Harnett
7 |      christopher.harnett@ropesgray.com
     Kevin J. Post
8 |      kevin.post@ropesgray.com
     ROPES & GRAY LLP
9 | 1211 Avenue of the Americas
     New York, New York 10036-8704
10 | Tel:  (212) 596-9000
     Fax:  (212) 596-9090
11 |
12 | ATTORNEYS FOR DEFENDANT
     AGILENT TECHNOLOGIES, INC.
13 |
14 | It is so ORDERED.
15 |
16 |
17 | Dated: 8/28 ___ , 2012
18 | Honorable Richard Seeborg
     United States District Judge
19 | Northern District of California
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

4