```
 1  RODNEY B. SORENSEN, Bar No. 196926
    rbs@paynefears.com
 2  PAYNE & FEARS LLP
    Attorneys at Law
 3  One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
 4  Telephone: (415) 398-7860
    Facsimile: (415) 398-7863
 5
    Robert R. Brunelli (admission pro hac vice)
 6  rbrunelli@sheridanross.com
    Benjamin B. Lieb (admission pro hac vice)
 7  blieb@sheridanross.com
    SHERIDAN ROSS P.C.
 8  1560 Broadway, Suite 1200
    Denver, CO 80202-5141
 9  Telephone: (303) 863-9700
    Facsimile: (303) 863-0223
10
    Attorneys for Plaintiff
11  GENETIC TECHNOLOGIES LIMITED
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:12-cv-01616-RS<br><br>**JOINT STIPULATION TO STAY LITIGATION PENDING RESOLUTION OF THE *EX PARTE* REEXAMINATION OF THE PATENT IN SUIT** AS MODIFIED BY THE COURT<br><br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

WHEREAS, Plaintiff Genetic Technologies Limited ("GTG") filed the above-captioned action against Defendant Agilent Technologies, Inc. ("Agilent"), alleging infringement of U.S. Patent No. 5,612,179 (the "patent in suit"), which expired on March 9, 2010;

1
2
3
4   WHEREAS, on June 28, 2012, the United States Patent & Trademark Office ("PTO") granted a request for *ex parte* reexamination of the patent in suit made by Merial L.L.C., a defendant accused of infringing the patent in suit in another action, which is currently pending in the District of Delaware.

5
6
7
8   WHEREAS, because the patent in suit has expired, the claims of the patent in suit must either be confirmed or rejected in their current form in the *ex parte* reexamination; they cannot be amended;

9
10   WHEREAS, the parties have conferred and agreed that a stay of this action under the circumstances is in the best interest of both parties and promotes judicial economy; and

11
12
13
14   WHEREAS, plaintiff GTG has agreed that if all claims subject to the *ex parte* reexamination are found to be unpatentable, it will dismiss its complaint against Agilent with prejudice;

15
16
17
18   IT IS HEREBY STIPULATED and agreed, subject to the approval of the Court, that this action will remain stayed pending completion of all reexamination proceedings at the PTO involving the patent in suit (including all appeals and subsequent proceedings before the PTO or United States Court of Appeals for the Federal Circuit).

19
20
21
22
23
24
25   IT IS FURTHER STIPULATED and agreed, subject to the approval of the Court, that within ten (10) business days after the final completion of all reexamination proceedings (including all appeals and subsequent proceedings before the PTO or United States Court of Appeals for the Federal Circuit), the parties shall jointly notify the Court in writing of the completion of the reexamination proceeding, and counsel for both parties shall contact chambers to schedule a status teleconference.

26
27   IT IS FURTHER ORDERED that the parties must submit a joint status report every 120 days, from the date of this order, advising the Court as to the state of reexamination proceedings.

28

2

JOINT STIPULATION TO STAY LITIGATION PENDING
RESOLUTION OF THE EX PARTE REEXAMINATION OF THE
PATENT IN SUIT                                                                      Case No. 3:12-cv-01616-RS

DATED:  August 27, 2012            SHERIDAN ROSS P.C.


By: /s/ Benjamin B. Lieb
    Rodney B. Sorensen
        rbs@paynefears.com
    PAYNE & FEARS LLP
    Attorneys at Law
    One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
    (415) 398-7860
    (415) 398-7863 (facsimile)


    Robert R. Brunelli (*Pro Hac Vice* Admitted)
        rbrunelli@sheridanross.com
    Benjamin B. Lieb (*Pro Hac Vice* Admitted)
        blieb@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 BROADWAY, Suite 1200
    Denver, Colorado 80202-5141
    (303) 863-9700
    (303) 863-0223 (facsimile)
    litigation@sheridanross.com


    ATTORNEYS FOR PLAINTIFF
    GENETIC TECHNOLOGIES LIMITED

3

JOINT STIPULATION TO STAY LITIGATION PENDING
RESOLUTION OF THE EX PARTE REEXAMINATION OF THE
PATENT IN SUIT                                                                Case No. 3:12-cv-01616-RS

1 | DATED: August 27, 2012

2 | By: /s/ Sasha G. Rao
Sasha G. Rao (CSB # 244303)
sasha.rao@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090

Christopher J. Harnett
christopher.harnett@ropesgray.com
Kevin J. Post
kevin.post@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090

ATTORNEYS FOR DEFENDANT
AGILENT TECHNOLOGIES, INC.

It is so ORDERED.

Dated: 8/28___ , 2012

_____
Honorable Richard Seeborg
United States District Judge
Northern District of California

4

JOINT STIPULATION TO STAY LITIGATION PENDING
RESOLUTION OF THE EX PARTE REEXAMINATION OF THE
PATENT IN SUIT                                    Case No. 3:12-cv-01616-RS