IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | No. C 12-01616 RS<br><br>**ORDER GRANTING MOTION TO STAY** |

Pursuant to stipulation by the parties, the stay of this action is continued until the USPTO either grants or denies Merial L.C.C.'s March 1, 2013, second request for ex parte reexamination of Claims 1-18 and 26-32 of the patent in suit in the USPTO. Within ten (10) business days after the USPTO either grants or denies the Request, the parties shall jointly notify the Court in writing of the USPTO's decision, and counsel for both parties shall contact chambers to schedule a status teleconference.

IT IS SO ORDERED.

Dated: 4/15/2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE