**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION
10
11   GENETIC TECHNOLOGIES LIMITED, an            No. C 12-01616 RS
     Australian corporation,
12                                               **ORDER GRANTING MOTION TO**
              Plaintiff,                         **STAY**
13
14        v.
15   AGILENT TECHNOLOGIES, INC., a
     Delaware corporation,
16
              Defendant.
17   _____/

18        Pursuant to stipulation by the parties, the stay of this action is continued until the USPTO

19   either grants or denies Merial L.C.C.'s March 1, 2013, second request for ex parte reexamination of

20   Claims 1-18 and 26-32 of the patent in suit in the USPTO.  Within ten (10) business days after the

21   USPTO either grants or denies the Request, the parties shall jointly notify the Court in writing of the

22   USPTO's decision, and counsel for both parties shall contact chambers to schedule a status

23   teleconference.

24        IT IS SO ORDERED.

25
26   Dated:   4/15/2013
27                                               _____
                                                 RICHARD SEEBORG
28                                               UNITED STATES DISTRICT JUDGE

                                      1