IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GENETIC TECHNOLOGIES LIMITED, an Australian corporation,

    Plaintiff,

v.

AGILENT TECHNOLOGIES, INC., a Delaware corporation,

    Defendant.

No. C 12-01616 RS

**ORDER PARTIALLY GRANTING MOTION TO STAY**

Pursuant to stipulation by the parties, the stay of this action is continued pending the completion of proceedings in the Second Reexamination at the USPTO involving the patent in suit. The stay shall not automatically continue during any appeals or subsequent proceedings before the USPTO or United States Court of Appeals for the Federal Circuit. Within ten (10) business days after the completion of the Second Reexamination, the parties shall jointly notify the Court in writing of the USPTO's decision, and counsel for both parties shall contact chambers to schedule a status teleconference. The parties will submit a joint status report every 60 days, from the date of this order, advising the Court as to the state of examination proceedings.

IT IS SO ORDERED.

Dated: 5/1/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 12-01616 RS
ORDER