UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-01616-RS<br><br>DEMAND FOR JURY TRIAL<br><br>[~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL |

On this day, came on to be considered the Substitution of Counsel of Defendant Agilent Technologies, Inc. After considering said motion, the Court is of the opinion that said Substitution should be GRANTED.

IT IS, THERFORE, ORDERED that Robert J. Goldman may appear as substitute counsel in place of Sasha G. Rao as attorney of record for Defendant Agilent Technologies, Inc. in the above referenced matter.

Dated: May 21, 2013

_____
Honorable Richard Seeborg
United States District Judge