| | |
|---|---|
| RODNEY B. SORENSEN (CSB # 196926)<br>rbs@paynefears.com<br>PAYNE & FEARS LLP<br>Attorneys at Law<br>One Embarcadero Center, Suite 2300<br>San Francisco, CA 94111<br>Telephone: (415) 398-7860<br>Facsimile: (415) 398-7863<br><br>Robert R. Brunelli (admission *pro hac vice*)<br>rbrunelli@sheridanross.com<br>Benjamin B. Lieb (admission *pro hac vice*)<br>blieb@sheridanross.com<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>Telephone: (303) 863-9700<br>Facsimile: (303) 863-0223<br><br>*Attorneys for Plaintiff*<br>*GENETIC TECHNOLOGIES LTD* | Robert J. Goldman(CSB # 189922)<br>robert.goldman@ropesgray.com<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, California 94303-2284<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090<br><br>Christopher J. Harnett (admission *pro hac vice*)<br>christopher.harnett@ropesgray.com<br>Kevin J. Post (admission *pro hac vice*)<br>kevin.post@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br><br>*Attorneys for Defendant*<br>*AGILENT TECHNOLOGIES, INC.* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 3:12-cv-01616-RS<br><br>DEMAND FOR JURY TRIAL<br><br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff Genetic Technologies Limited ("GTG") and Defendant Agilent Technologies, Inc. ("Agilent"), subject to the approval of the Court, that the time for Agilent to answer GTG's Second Amended Complaint (D.I. 65) is extended until March 25, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: March 20, 2014

| By: /s/*Benjamin B. Lieb* | By: /s/*Robert J. Goldman* |
|---|---|
| RODNEY B. SORENSEN (CSB # 196926)<br>rbs@paynefears.com<br>PAYNE & FEARS LLP<br>Attorneys at Law<br>One Embarcadero Center, Suite 2300<br>San Francisco, CA 94111<br>Telephone: (415) 398-7860<br>Facsimile: (415) 398-7863<br><br>Robert R. Brunelli (admission *pro hac vice*)<br>rbrunelli@sheridanross.com<br>Benjamin B. Lieb (admission *pro hac vice*)<br>blieb@sheridanross.com<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>Telephone: (303) 863-9700<br>Facsimile: (303) 863-0223<br><br>*Attorneys for Plaintiff*<br>*GENETIC TECHNOLOGIES LTD* | Robert J. Goldman(CSB # 189922)<br>robert.goldman@ropesgray.com<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, California 94303-2284<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090<br><br>Christopher J. Harnett (admission *pro hac vice*)<br>christopher.harnett@ropesgray.com<br>Kevin J. Post (admission *pro hac vice*)<br>kevin.post@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br><br>*Attorneys for Defendant*<br>*AGILENT TECHNOLOGIES, INC.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/20/14

_____
United States District Judge