Robert J. Goldman (CSB# 189922)
    *robert.goldman@ropesgray.com*
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Tel:  (650) 617-4000
Fax: (650) 617-4090

Attorneys for Defendant
AGILENT TECHNOLOGIES, INC.

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation, | Case No. 3:12-cv-01616-RS |
| Plaintiff, | ORDER<br>**JOINT STIPULATION TO RESCHEDULE NOTICED HEARING DATE FOR PLAINTIFF'S MOTIONS TO STRIKE AND DISMISS** |
| v. |  |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation, | Courtroom:  3<br>Judge:  Hon. Richard Seeborg |
| Defendant. |  |

1   Plaintiff Genetic Technologies Limited ("Plaintiff") and defendant Agilent

2   Technologies, Inc. ("Defendant"), hereby stipulate as follows:

3   WHEREAS, on April 11, 2014, Plaintiff filed its (1) Notice of Motion and

4   Motion to Strike Defendant's Answer to Plaintiff's Second Amended Complaint (Dkt. No. 89);

5   and (2) Notice of Motion and Motion to Dismiss Defendant's Counterclaim IV (Dkt. No. 90);

6   and

7   WHEREAS, Plaintiff's motions were noticed for a May 22, 2014 Hearing Date;

8   and

9   WHEREAS, counsel for Defendant first notified counsel for Plaintiff on April

10  15, 2014, that counsel was not available for a May 22 hearing because counsel's daughter will

11  be graduating from college in Baltimore, MD, that day; and

12  WHEREAS, counsel for Defendant notified counsel for Plaintiff that it would be

13  available to participate in a hearing on May 29, 2014, if the Court elects to hold a hearing on

14  Plaintiff's motions; and

15  WHEREAS, no Court-ordered deadlines will be altered by this extension.

16  IT IS HEREBY STIPULATED by and between the parties pursuant to L.R. Civ.

17  7-7(b)(1) that the Hearing Date for Plaintiff's Motions will be continued until May 29, 2014, to

18  the extent the Court wishes to hold a hearing on Plaintiff's motions.

19  Respectfully submitted,

20  May 2, 2014                                   By  /s/ Robert J. Goldman
21                                                     Robert J. Goldman (CSB# 189922)
                                                       robert.goldman@ropesgray.com
22                                                     ROPES & GRAY LLP
                                                       1900 University Avenue, 6th Floor
23                                                     East Palo Alto, California 94303-2284
                                                       Tel:  (650) 617-4000
24                                                     Fax:   (650) 617-4090

25                                                     Christopher J. Harnett
                                                       christopher.harnett@ropesgray.com
26                                                     Kevin J. Post
                                                       kevin.post@ropesgray.com
27                                                     ROPES & GRAY LLP
                                                       1211 Avenue of the Americas
28                                                     New York, New York 10036-8704
                                                       Tel:  (212) 596-9000

JOINT STIPULATION TO RESCHEDULE NOTICED HEARING DATE FOR
PLAINTIFF'S MOTIONS TO STRIKE AND DISMISS
Case No. 3:12-cv-01616-RS                                                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fax:  (212) 596-9090

Attorneys for Defendant
AGILENT TECHNOLOGIES, INC.

May 2, 2014                                   By  */s/ Ben Lieb*
                                                     Robert R. Brunelli
                                                        *rbrunelli@sheridanross.com*
                                                     Benjamin B. Lieb
                                                        *blieb@sheridanross.com*
                                                     SHERIDAN ROSS P.C.
                                                     1560 Broadway, Suite 1200
                                                     Denver, Colorado 80202-5141
                                                     Tel:  (303) 863-9700
                                                     Fax:  (303) 863-0223
                                                        litigation@sheridanross.com

                                                     Rodney B. Sorensen
                                                        *rbs@paynefears.com*
                                                     PAYNE & FEARS LLP
                                                     Attorney at Law
                                                     One Embarcadero Center, Suite 2300
                                                     San Francisco, CA 94111
                                                     Tel:  (415) 398-7860
                                                     Fax:  (415) 398-7863

                                                     Attorneys for Plaintiff
                                                     GENETIC TECHNOLOGIES LIMITED

        It is so ORDERED.

Dated:  5/6    , 2014

                                              _____
                                              Honorable Richard Seeborg
                                              United States District Judge
                                              Northern District of California