IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED,<br><br>      Plaintiff,<br>  v.<br>AGILENT TECHNOLOGIES,<br><br>      Defendant.<br>_____ | No. C 12-01616 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER AND ORDER DENYING MOTION TO CONSOLIDATE** |
| GENETIC TECHNOLOGIES LIMITED,<br><br>      Plaintiff,<br>  v.<br>NATERA, INC.,<br><br>      Defendant.<br>_____/ | No. C 14-02448 RS |

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties in these two related matters attended a Case Management Conference on July 17, 2014. The court also heard arguments regarding the plaintiff's motion to consolidate. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

CASE MANAGEMENT SCHEDULING ORDER

1.     MOTION TO CONSOLIDATE.

The motion to consolidate is DENIED without prejudice to any renewed motion to consolidate following claim construction.  Activity in both cases shall, however, proceed in a coordinated manner through claim construction.  Discovery shall be coordinated and applicable in each matter through that period, and a single technology tutorial and claim construction hearing shall be held.  Any issues regarding adjustment to the protective order shall be referred to Magistrate Judge Spero.

2.     DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.     FURTHER SCHEDULING.

The parties are ordered to submit a joint statement on or before August 1, 2014, proposing further dates through claim construction, consistent with the Patent Local Rules.

IT IS SO ORDERED.

DATED: July 17, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
2